**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOU HER, | No. 1:23-cv-00488 JLT BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITH PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| WARDEN MENDOTA PRISON, *et al.*, | |
| Defendants. | (Doc. 8) |

Nou Her is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The assigned magistrate judge screened the allegations of Plaintiff's complaint and found Plaintiff failed to state a cognizable claim under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). (Doc. 6.) The magistrate judge also determined it appeared leave to amend was futile, but nevertheless granted Plaintiff leave to amend to the extent he could do so in good faith. (*Id.* at 7.) The Court also informed Plaintiff that, in the alternative, he could file a notice of voluntary dismissal. (*Id.*)

On August 3, 2023, after Plaintiff failed to file either an amended complaint or voluntary dismissal—or otherwise respond to the Court's screening order—the magistrate judge found Plaintiff failed to state a claim, failed to obey an order, and failed to prosecute the action. (Doc. 8.) The magistrate judge recommended the action be dismissed with prejudice. The Court served the Findings and Recommendations on Plaintiff at the only address on record with the Court, but that

1

document was returned as "Undeliverable, Unable to Forward" on August 18, 2023.  Plaintiff has not filed a change of address, and the Court remains unable to communicate with Plaintiff.[1]

According to 28 U.S.C. § 636 (b)(1)(C), this Court performed a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis.  Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on August 3, 2023 (Doc. 8), are **ADOPTED** in full.
2. This action is **DISMISSED** with prejudice, due to Plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 25, 2023**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE

---

[1] Local Rule 183(b) requires a plaintiff proceeding *pro se* to keep the Court apprised of his current address, and provides that if a plaintiff fails to notify the Court of a current address within 63 days of mail being returned the Court may dismiss the action.  Because more 63 days have passed since the Findings and Recommendations were returned as undeliverable, Plaintiff failed to comply with Local Rule 183(b).  Dismissal is also appropriate on these grounds.

2